AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| LUXOTTICA GROUP S.p.A., an Italian corporation, and OAKLEY, INC., a Washington corporation, <br><br> Plaintiff(s) <br><br> v. <br><br> NEIGHBORHOOD FINANCIAL GROUP LLC, a Florida limited liability company d/b/a QUICK CASH PAWN, <br><br> Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 8:16cv2781 33TGW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Neighborhood Financial Group LLC d/b/a Quick Cash Pawn
c/o Anthony J. Faiella, Registered Agent
8404 Sheldon Road
Tampa, FL 33615

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
David B. Rosemberg, P.L.
Broad and Cassel
2 S. Biscayne Blvd., 21st Floor
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 2 9 2016

Signature of Clerk or Deputy Clerk